```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------------X
:
CARL D. WELLS,                                                         :
:
                Petitioner,                            :
:     21-cv-11231 (LJL)
     -v-                                                              :
:     ORDER
SUPT MARK MILLER,                                                      :
:
                Respondent.                            :
:
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a letter from Petitioner dated September 22, 2022, which details certain of Petitioner's medical conditions and requests that the Court intervene to facilitate additional medical tests and/or procedures. The relief sought by Petitioner's letter is unrelated to any relief that Petitioner may be entitled to under the federal habeas statute, 28 U.S.C. § 2254. *See Nelson v. Campbell*, 541 U.S. 637, 643 (2004) ("[C]onstitutional claims that merely challenge the conditions of a prisoner's confinement, whether the inmate seeks monetary or injunctive relief, fall outside of th[e] core" of habeas corpus."). Though the Court acknowledges Petitioner's letter, it is unable to entertain the relief sought.

SO ORDERED. Dated:

October 13, 2022
New York, New York

                                               LEWIS J. LIMAN
                                               United States District Judge