```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
CARL D. WELLS,                                                  :
                                                                :
                        Petitioner,                             :
                                                                :           21-cv-11231 (LJL)
        -v-                                                     :
                                                                :              ORDER
SUPT MARK MILLER,                                               :
                                                                :
                        Respondent.                             :
                                                                :
---------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/28/2022

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a letter from Petitioner dated October 19, 2022. To the degree the letter is related to Petitioner's claims under the federal habeas statute, 28 U.S.C. § 2254, the Court will address the letter together with the other claims when it reviews the Petitioner's Petition for Writ of Habeas Corpus.

      SO ORDERED.

Dated: October 28, 2022
       New York, New York

                                                   LEWIS J. LIMAN
                                        United States District Judge