USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CARL D. WELLS,

Petitioner,

-v-

SUPT. MARK MILLER,

Respondent.

---------------------------------------------------------------------X

21-cv-11231 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Petitioner Carl D. Wells files the attached letter bringing claims about his medical treatment at Green Haven Correctional Facility. The Clerk of Court is respectfully directed to open this matter as a new civil action.

SO ORDERED.

Dated: December 23, 2022
New York, New York

LEWIS J. LIMAN
United States District Judge

10/8/22

TO: SENATOR (NY-D)
CHARLES SCHUMER, ESQ.;
WASHINGTON, DC
CERT# 7022-0410-0002-1895-9507

TO: HON. GOV. K. HOCHUL, ESQ
CHAMBERS
STATE CAPITOL ALBANY
NY 12224
CERT# 7022-0410-0002-1895-9484

CC: HON. LEWIS LIMAN, (U.S.D.J.) 21-CV-11231 (LJL)
CHAMBERS: U.S. COURT HOUSE (S.D.N.Y)
CERT# 7022-0002-1895-9491

FROM: CARL WELLS
DIN# 41A4747
OR # 1980824?
N.Y. STATE: PRISON
GREEN HAVEN
C.F.

SUBJECTS: 1. EMERGENCY - OUT SIDE HOSPITAL MEDICAL TREATMENT, NEEDED, LIFE OR DEATH?

CC: file c/w

2. 100% - INNOCENT OF 1989 * ROBBERY, REQUEST FOR GOV. INQUIRY? AS ONE HOGAN PLACE, MANUFACTURED, CRIME EVENT, ARREST EVENTS, GRAND JURY COMPLAINANT. INVESTIGATION REQUESTED IND# 5631-1989. N.Y. COUNTY...

HON. SENATOR: HON. GOVERNOR: HON. JUDGE LIMAN.

RESPECTFULLY; SINCE JUNE OF, 2019, BLOOD IN MY URINE, EQUILIBRIUM OFF, LEFT GROIN, DOWN INSIDE LEGS, BURNING FLUIDS, AFTER EATING, SEVERE PAIN, LEFT STOMACH, SIDE BACK NOW, EYES - BURNING, WATER ETC, NERVES, JOINTS, SHOULDERS, LEGS, FEET. CANNOT WALK WITHOUT PAIN, STAND-UP, NOR USE STOOL WITHOUT SOFTNER. NEED HOSPITAL!

(1 of 2) Con'd 10/8/22

TO: Senator Schumer, (NY-D)
TO: Gov. Hochul, NY State
TO: Judge: (U.S.D.J.) Lewis Liman

1st, I'm pending, 42 USC § 1983, Emergency Filing, to be Amended: Letters I have copies of; * CC:

1. 2019 - June (SDNY) Judge Koeltl, (SDNY).
2. 2019 - June (EDNY) Judge Kiyo Matsumoto
3. Appellate Agency: O.A.D. To: Rene, Lemmel, Intake
Date 1/5/2020 [illegible] Place, NY NY 10007
Emergency CC: to (SDNY) pro-se 2/12/90 Received.
Medical - [illegible], Stomach, pain, Blood urine,
( Exhibits ) - (1983) ↓
4. Letter To: Gov. Hochul, Commissioner, Annucci,
Dated: 1/1/22, [illegible] Stomach, Classification
2026 - Out date, They Have 2029
See: Time Computation Sheet Exhibit
5. Letter To: Supt. Mark Miller, Green Haven C.F.
Dated: 1/24/22 Medical - Help. Treatment, 2d Letter, 1/24/22 - Classification, Etc.
6. Letter To: NYS Atty Gen, Integrity Bureau,
Dated: CC: To: SDNY Judge J. Koeltl, +
5/24/22 G.H.C.F. Medical Staff, Annucci
X-Rays, Blood work, Stomach, pain Etc.
7. Letter To: Medical Director, Robert Bentivegna,
Dated: G.H.C.F., pain, Stomach, Sores, Etc.
8/29/22

2nd: Blood work: 3/3/22, slip w/ Letter to DHS Supt. [illegible], Missing last 8-months (G.H.C.F.) Complaint. Lack of Treatments

Con'd →

(1 of 3) Cont'd 10/8/22

TO: Senator Schumer (NY-D)
TO: Gov. Hochul, NY State
TO: Judge: (U.S.D.J.) Lewis Liman

*Exhibits (1983)*

8. X-Ray Results Notice. dated: 12/11/20
Reviewed By: Mary Rothung, Provider, G.H.C.F.
Performed 11/12/20, "Abnormal" ". "X-Ray Moderate to large fecal -
Quote:
Same day As impaction". "Note: Will send
Colon Test Notice. Laxative".
X-Rays! (No Colon Test.)

9. X-Ray Results Notice; dated: 1/14/21
Reviewed by, Mary Rothung, Provider, G.H.C.F.,
Performed 12/30/20, "Your Chest X-Ray is
"No Action Normal", Abdominal X-Ray
Required"... Normal". "Your left
Hip has Moderate to Severe
Ostroarthritis" "Flu prostn
Continue".

(Exhibits) (1983)

3rd: 10. Grievances: Central Office; Review
A). Code on 4/22/22, Denied Booster
Shot, # GH-0058-22, Rachael Seguin,
Director, NYS DOCCS, denied Appeal.
5/13/22

B). Same Date; Denied # GH-0058-22
Copies, Fail of Medical Tests, Etc.

C). Denied: New Medical Provider
GH.# 1124-21, Nov 16, 2021.

Cont'd →

(1-of-4) CONT 10/8/22

TO: SENATOR SCHUMER (NY-D)
TO: GOV, HOCHUL, NY STATE
TO: JUDGE: (U.S.D.J), LEWIS LIMAN
* EXHIBITS (1983)

11. On Aug 4th, 2022, X-Rays In Green Haven clinic, A-Indian Doctor Had my X-Ray of Back on his Computer, As He was Speaking To X-Ray Tech, I Saw A Large white Cloud, Lower Left side, I Ask SICK-CALL IF Anything Was wrong, Told no. I Wrote, Amy Jane Agnew, P.C. & On Aug 16th, 2022, She Sent Me A Copy of A Aug 16th, 2022, Request To, DR.-Robert Bentivegna, cc: to (5) Attys Firms, Telling Him To Treat Me For The Large Ball, ETC..? Copy Filed In (1983) Civil Complaint To (5 Atty). Today, No X-Rays, No Blood Pressure, No Temp, Just, Weight, Say Nothing About Hypertensive" Chronic Care: My Left Stomach, Issue, Not Covid Either!

12, Sep. 9th, 2022, Letter, to me from Robert Bentivegna, MD, Relieved Oct 4th, 2022 Saying, "Blood work Revealed, Possible Kidney Stone".

13. Atty: Claudia Trupp, Center For Appellate Litigation Wrote In 2020 to NYS DOCCS. Request For Treatment.

(2 of 5) Con'd

TO: Senator Schumer (NY-D) 10/8/22
TO: Gov. Hochul, NY State
TO: Judge (USDJ) Lewis Liman

*Exhibits (983)

14. Legal Call-Letters/Appointment. Medical Treatment Subject.

NOTE: O.B.D. Since 2019, Appellate Counselors Cannot Assign Me Counsel, Will Not Take My Calls and Claims, Court Record 2019 Missing; 21-CV. 11231 - pending - 28 USC 2254, (SDNY). Since 2011 Court files Missing, Today, Including New Trial, 2019, 0041/07 6548/06, NY Co. Dalis.

1). Legal Call, G.H.C.F. 1/21/20 Notice, By Counselor 1/23/20 - 1:30PM, Renee Lennel, Paralegal, Stomach, Subject.

2). Sep 15, 2022, Counselor Notice, GHCF, Legal Calls, A). paralegal Ester Cherzi, Esq. O.D.M. paralegal, Intake, 1/23/22 930 AM, B). Counselor Notice, GHCF. Legal Calls, Atty Amy Jane Agnew, Esq, 1/26/22, At 10:30 AM, Prostate, Stomach, Kidney Stone, Now, Subject.

15. Now, Gov. Hochul + Commissioner Annucci Reported Chief Medical Officer, Carol A. Moores, MD →

(1 of 6) Con'd 10/8/22

TO: Senator Schumer, (NY-D).
TO: Gov. Hochul, NY State
TO: Judge (U.S.D.J.) Lewis Liman

* Exhibits (1983)

16. 1st Response, Letter to me, dated: 4/8/22, my (DOB)-, Concerning medical, Treatment, stomach, [illegible] Etc. cc: to [illegible], Etc.

2nd: Response, Letter to me, dated, Sep 23rd, 22, Received, 10/6/22, Still no Treatment, Just, Statements. At the Request- Of, Gov. Hochul, & Commissioner [illegible] Senator Schumer, See: Attached; 1). Time Computation Sheet, Gibbs & Counselor will not Get my Transfer, medium status Correct, why, 2029 when I'm 2026 parole. why They Want me dead! In fact, I believe Someone was payed to, leave me in Green Haven C.F. And to kill me through a Lack of Treatment, Nothing Adds up (NCIS) Gibbs! No Reason for years of Intentional Evasion from stomach Complaints out of the Blue, Kidney Stone, Its Been Known by them for years, !

→

(1 of 7) Con'd 10/8/22

TO: SENATOR Schumer, (NY-D)
TO: GOV. Hochul, NY STATE
TO: Judge (NYSDJ) Lewis Liman
* Exhibits (1983)

---

2). See: Aug 1, 2022, Letter From Atty Jane [illegible], PC, To DR. Bentivegna, C.H.C.F. Med. DIR.

3). See: Letter From, DR. Bentivegna, To me, Dated Sep 8th, 2022, NOTE: Lies And Reply Etc, All To Cover Asses All The Way From, Carol Moores, Chief Med. Officer, Please Get me Emergency Out Side Med. Hospital Treatment, OR Have Judge Liman Grant my Habeas Corpus! For He's A Good Judge, He Should.

---

17. PART TWO: ACTUAL INNOCENCE... It's True, 1989 1st I'll prove it. It's Not Hard To Find Out, why, 20 Mill Suits, 1990, St. Vincent Hospital, 605 NYS 2d 12, NYC HHC, (BX) County Housing * Pickett, Judge, 20 Mill, Both Filed By Judge Charles A LaTorella, JR Queens NY. →

(1-OF-8) Con'd 10/8/22.

TO: Senator Schumer, (NY-D)

TO: Gov. Hochul, NY State

TO: Judge (U.S.D.J.) Lewis Liman

* Exhibits (1983)

---

It should be noted that I wrote a song on guitar for, 9-11 victims, and I'm very sorry for writing a foul letter before 9-11, mad because of NYC not paying me, & Costello, Shea & Gaffney, LLC, who breached a settlement contract, so they could appeal 9-year stay. Yet, I love all people and my City/State, not Government, Clowns working in behalf of Citizens.

---

Don't see mental health, don't need it, my guitar & drum videos keep me calm, I'm smart sir, Ernest [illegible], 2d Jud. Dept, [illegible] v. Miller, 6 NY3d 295, CPL 330.40(3)(b), to me, all the way to say, I'm the Dictionary [illegible] Litigator, Clean Queens, Tax, NY 2d Dept, Green Haven C.F. I'm the one! [signature]

---

In 1973, Governor of NY order investigations on D.A. offices? →

(1 of 9) Con'd 10/8/22

TO: Senator Schumer, (NY-D).
TO: Gov. Hochul, NY State
TO: Judge (U.S.D.J.) Lewis Liman

Part Two.

* Exhibits (1983)

Gov. Hochul, Senator Schumer, I'm asking for a federal investigation on One Hogan Place, NY NY 10013, the office, from 1989 / 1991 Arz, indictments, arrest, trial part 32, Rose C. Rubin, 10878/91, question, then, Legal Aid Atty, Ward J. Oliver, my co-counsel, read, 1996, Wells v. LeFavre, habeas corpus, "pick the juror, hole (9) years" etc.

What I'm saying to you is this. Lt. John Jaffe, Rob Squad, 1991, NYPD knows to date, I did not take, rob the vehicle, " a sure planted statement, some sick D.A., "Jumped into vehicle, hand in pocket, told woman, I'll blow your head off." That's manufactured. I ask you 1st investigate. That planted statement into the 1989 conviction, which never existed in 1989, only to be placed in by, (ADA) Robert Walker in 2017.

(1 of 10) Con'd 10/8/22

TO: Senator Schumer, (NY D)
TO: Gov. Hochul, NY State
TO: Judge (U.S.D.J.) Lewis Liman

Part Two - 1989 Conviction

Senator Schumer, no one's talking to me, ? N.Y. State, no one, why no questions, no investigational questioning why. Because guilt is already known. I can 100% prove that I only could have, one, use one arm, one hand, without the medical possibility of using my left arm, hand at all, 1989, May. Dr. Dennis Salvan, Dr. Wiesman, Fishkill, St. Walker surgeons, 1989. Also, hired sports med ortho Dr. David U. Di Marco, MD, Fishkill NY 1990, operation at Butterfield Hospital, complete break of 1/3 humerus between shoulder + elbow, all elbow, hand, arm, steel rods in, nerve damage, motor nerve. And Ada Walker, with others, decided to add some sexual events words that never took place, nor was it even possible. So, can you call Cozette, Shea + Gaffney LLC, have them give you all files, medical to see this? →

(1-of-11) Cont'd 10/8/22

TO: Senator Schumer (NY-D)
TO: Gov. Hochul, NY State
TO: Judge (U.S.D.J.) Lewis Liman

Part Two: 1989 Conviction

I am Guilty of unauthorized use of a vehicle, I came out of 100 Centre St., NY NY - Released from St. Vincent Hosp with meds, pain, into officers hands. Arrested in Hosp, same day, charges were dismissed. I went directly back to St. Vincent Hosp, pain, shirt on, waiting for cast, arm wrapped to shoulder with plastic (L), St. Vincent refused to see me, I went to the recovery room 72 St, bar, knew something was moving around in my elbow, so, I got [illegible] came out, seen a vehicle running, no one in it. I got in and as I was driving off, a man chased me. I got away. 100% that is the truth, I wanted to get medical help with cares. Hospitals refused me. (KCH) 1989, St. Vincent.

Somehow, ADA Walker, changed up events, w/? Two is 1st S.R. →

(1-of.12) Con'd 10/8/22

TO: Senator Schumer, (NY-D)

TO: Gov. Hochul, NY State

TO: Judge (U.S.D.J.) Lewis Liman

Part Two - 1989 Conviction

---

10/10/22, I'm Sending D'A Bragg a Wrongful Conviction, Investigation Request. Yet, Since They failed to Investigate, ADA Bostel, & Judge, 2016 Judge, I don't believe They Can Investigate Themselves For, Wrong doings?

---

OK To my Dec 24th, 2016, 440.10, Ind #5631-1989, ADA Walker, pt 56, NY County, filed opposing papers and, Said March 21, 2017, Affirmation, following, inter-alia, His #212-335-9107, Have Him Send a Copy, 1st paragraph, "Factual Summary of Case" "On May 5th, 1989, 11:pm, And Ave, 79th St, "A female was Seated In Vehicle"; "Motor Running". "def opened Door, Driver Side" "One Hand In Pocket", Stated, "He would Blow the Complainants Head off" "Shoved Her out of The Vehicle door, Drove off"...? Senator, This never Happened. Impossible? →

(1 of 13) Con'd 10/8/22

TO: Senator Schumer, (NYD).
TO: Gov. Hochul, NY State
TO: (USDOJ.) Lewis Liman.

Part Two - 1989 Conviction

Conclusion

Mr. Walker, should not have used the [illegible] Ball Team, 1991 accused crime, work, [illegible], Before 2017, it was never said. moreover, no woman can tell you she said that, because, my injuries make it just impossible.

Fight in jail, [illegible], Bott, [illegible], my family, step mom, overnight, [illegible] decides to make me a Violent Robber, which I am not, don't know that lie, 1989, 1991, Law Suits, 60 Centre St, 100 Centre St, Court papers from records. That's why [illegible] were used to manufacture 1991, 1989 events. yet, 1989 wasn't [illegible] until 2020. So, delete those what do you have? 21-CV-11231.

I'm requesting an investigation on Ind# 5631-1989 and ADA Robert Walker, March 21, 2017 opposition to 440.10? Thank you. [illegible]