To: Judge [21 CV11231 (LTS)] SDNY
Lewis Liman, CV0000, 1:21 CV11231(LTS)

From: Petitioner, Writ of Habeas Corpus
28 USCS 2254

4/2/23

Judge Liman:

Why are you letting Bernstein, OAD, 1st Dept Appellate Judges, and Letitia James play with me?

"The All to Mind, Universe" to me in Reality. The South, West, East & North, IN Letter at my Certain stances

Including Congress

Green Haven C.F. HAS continues to attempt to kill me. Yes, I'm a chess player. My Constitutional Rights are before you. Numerous Judges/Individuals, 1st Dept App Div & OAD, has positioned themselves for destruction to themselves.

C Web.

1:24-cv-11231 (ATC)   To: Judge   4/4/23

# Mental Health Call-Out

3/20/23

Request: Referral.

Why: I do not have a mental problem.

My Hygiene, Cell, mind, is just fine.

I'm not violent, property and I have multiple lawsuits in court.

Also: my cancer, is presumptive, service-connected.

Harris, RCI   Caldwell-Harvey