```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
---------------------------------------------------------X ELECTRONICALLY FILED
                                                      :   DOC #:_____
CARL D. WELLS,                                        :   DATE FILED: 04/19/2023
                                                      :
                         Petitioner,                  :
                                                      :   21-cv-11231 (LJL)
              -v-                                     :
                                                      :        ORDER
SUPT MARK MILLER,                                     :
                                                      :
                         Respondent.                  :
                                                      :
---------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Petition Carl D. Wells ("Petitioner") submits the attached letter. The Court interprets the letter as a motion to strike the letter of David Bernstein, Dkt. No. 79-1, and as a motion for reconsideration of the Court's March 27, 2023 Opinion and Order dismissing Petitioner's petition without prejudice, Dkt. No. 81. The motions are denied.

Federal Rule of Civil Procedure 12(f) gives a court the power to strike "redundant, immaterial, impertinent, or scandalous matter" from pleadings, Fed. R. Civ. P. 12(f), defined by Rule 7 as complaints, cross- and counterclaims, answers, and replies to answers, *see* Fed. R. Civ. P. 7(a). Because Petitioner's motion to strike is not directed at the pleadings, his motion is DENIED. *See Granger v. Gill Abstract Corp.*, 566 F. Supp. 2d 323, 334 (S.D.N.Y. 2008) (adopting recommendation that the court deny a motion to strike because "[m]otions, declarations and affidavits are not pleadings" that can be stricken under Rule 12(f)).

"A motion for reconsideration should be granted only if the movant identifies 'an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Spin Master Ltd. v. 158*, 2020 WL 5350541, at *1 (S.D.N.Y. Sept. 4, 2020) (quoting *Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013)). "The standard for granting a motion for reconsideration 'is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked—matters, in other words, that might reasonably be expected to alter the conclusion reached by the Court.'" *Justice v. City of New York*, 2015 WL 4523154, at *1 (E.D.N.Y. July 27, 2015) (quoting *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995)). Because Petitioner has not identified any controlling decisions or data that the Court overlooked, his motion for reconsideration is DENIED.

SO ORDERED.

Dated: April 19, 2023
       New York, New York                          _____
                                                           LEWIS J. LIMAN
                                                        United States District Judge

① 

Hon. Judge Lewis Liman, 3/28/23 5 p.m.
(S.D.N.Y.)
CHAMBERS: U.S. Courthouse
(S.D.N.Y.) 500 Pearl St,
NYC 10007.

IN RE: 1:21-cv-11231 (LJL) Welk v. Miller
SUBJECT: Request to Strike Letter by
David Bernstein, Esq., O.A.G.,
Dated: March 23, 2023, from
this ~~Court Docket~~, As it is
Not Official Answer by Respondents,
Also, it constitutes a Constitutional
Violation, U.S.C.R. Const. Amend 6, N.Y.
State Const. Art 1, §6., Ineffective
Assistance of Appellate Counsel.

Hon. Judge Liman: Mr. Bernstein is
Not Concerned with his Client, He
is Concerned for the Agency and the
Numerous Violations to Date, on the And
Staff Ineffective Representation. I
Not even Sure if he understands
what he is 'actually saying'?

② 

1:21-cv-11231(LJL)    3/28/23

Chambers:

"WE ARE INVESTIGATING": AFTER 2019, And numerous extension requests and a Deadline of, 3/24/23. This Ruling of potential Jurors, numerous objections by Each one, Due to why a "12-years delay" to appraise of this trial, and the court instructions, which became subject of a prequalifications motion, appealed to the chief Judge of the states highest court, and within a Habeas Corpus that ended up to the U.S. Supreme Ct., to which were taken about. Yet, if MR. BERNSTEIN wanted to know, of course, he would have ask his client? or, Ms. Messina, Esq? For him to say that they are ready to represent me, alone, constitutes defective representation. Anything to keep his client in prison? To not pardon reconstruction, and the truth is, this lawyer has had years to gather information. Still, don't want to verify exactly what is and is not available?

③

1:21 CV 11231 (LJL)     3/28/23
Chambers?

Judge Liman, I'm looking to the Assigned Appellate Attorney pleading for you not to Grant Habeas Corpus, as they want you to lose pieces of Hearing Concerning events / Transcripts, and to perfect an appeal without even saying the words, Reconstruction Hearing. This is the same play book and cannot defeat the U.S. Constitution. Are precious and procedural due process rights? Each Courtroom, many Judges and # number of Court Officers, for years have overlooked Relief Requested, and the Reality of the Truth?

I don't want Apologies, I want defense counsel on Appeal, trying to get me out of prison. It appears that Mr. Bernstein and the D.A. are trying to keep me in prison? The Respondent Counsel did not meet the deadline, please, Grant Habeas Corpus    Carl Wells 11A1747

CHAMBERS

④

1:21-cv-11231 (LJL)

## DECLARATION OF SERVICE

STATE OF NEW YORK )
County of Dutchess ) ss.:

Carl Wells, Petitioner declares under penalty of perjury that on, March 29th, 2023, he served the annexed letter by having it mailed by prison staff, at Green Haven C.F., to the Regular U.S. Post Office Box, served to:

Paul B. Lyons, Esq.
Assist. (AG) 28 Liberty St
N.Y. N.Y. 10005.

I, Carl Wells declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746

Executed this 28th day of March 2023.

Carl Wells, Petitioner  Carl Wells

Wells, Carl
GREEN HAVEN CORRECTIONAL FACILITY
594 ROUTE 216
STORMVILLE, NY 12582

11-A-1747
B-2-242

LEGAL MAIL

ALBANY NY 120
29 MAR 2023 PM 4 L

U.S. Courthouse
Southern District
of New York
500 Pearl Street
New York, NY
10007
Judge Lewis Liman
(U.S.D.J.)