RECEIVED
SDNY PRO SE OFFICE

4/15/23

U.S. Courthouse (S.D.N.Y.)
CHAMBER'S: Hon. Judge
Lewis J. Liman (NOTED)

CC: Paul Bernard Lyons, Esq.
Assistant (AG)
(NYS) (AG) Lennie Jones, Esq.
IN RE: Weitz v. Miller
[21-CV-1231 (LJL)]

Respectfully, Judge Liman, 1st, Did The Clerk Receive A "Fed. R. Civ. P. 60-b" Motion? I Mailed it from Green Haven, C.F.? I Can't over look Reality! No Case In The Books, where The Government Continues to Lose, Criminal Court, files, Motions, Transcripts, Etc., over + over Again? It's Not Ministerial Negligence, even though, more Discretionary Acts Are Taking place? IT'S NOW CRIMINAL! I ask Mr. Bernstein, O.A.P., on The phone, if he would Move to Represent me on Theo (60-b)? In a Hearing to Clarify, what Actually Exist? Or Doesn't Exist? Un Constitutional Vagueness, Moreover, State Error!

21-CV-1231 (LCL)
Chambers Two,
Twos
4/15/25

Therefore, Judge Limm, Can I move to Assign The (O.A.D.) to Argue The Fed.R.Civ.P., 60-B, The Reason I was still told, Mr. Bernstein doesn't know what's moving, And why not? Therefore, He Cannot Actually do An Appeal. If you understand, The delay is due to State Error, Negligence, or Someone's Criminal Act! No one should expect me to go back to these people, To Continue to destroy my Constitutional Right to An Adequate Appealable Record?
(See: 18 U.S.C. § 3006(a). Dobbs v. Zant, 506 U.S. 357 (1993).

It should be noted, That An Appeal to The Higher Court on These Two Questions, Hearing Unification, Vagueness, And Tolling delay on STATED ERROR, must be Answered.?

Respectfully,
Petitioner, Carl Wells
11-A-1747

CC: c/w