UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
+----------------------------------------------+
| USDC SDNY                                    |
| DOCUMENT                                     |
| ELECTRONICALLY FILED                         |
| DOC #:_____                      |
| DATE FILED:_05/17/2023__                     |
+----------------------------------------------+
```

-----------------------------------------------------------------------X
                                 :

CARL D. WELLS,
                                 :

                Petitioner,        :

                                 :               21-cv-11231 (LJL)

     -v-                         :

                                 :                  ORDER

SUPT MARK MILLER,
                                 :

               Respondent.    :

                                 :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      In a letter dated April 28, 2023, *pro se* Petitioner Carl D. Wells requested that he be sent "appeal forms [and] assignment of counsel application."  Dkt. No. 92 at 2.  The Clerk of Court is respectfully directed to mail another copy of Dkt. No. 82, which contains the Appeal Package, to Petitioner.  All other questions concerning the appeal of this case should be directed to the Second Circuit's Clerk's Office.

      SO ORDERED.

Dated: May 17, 2023
      New York, New York                      _____
                                          LEWIS J. LIMAN
                                 United States District Judge