UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARL D. WELLS,

                Petitioner,

     -v-

SUPERINTENDENT MARK MILLER,

                Respondent.
-------------------------------------------------------------------X

21-cv-11231 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Petitioner's motion at Docket Number 105 is an exact duplicate of the motion at Docket Number 102, with the same date and content. The only difference is the date on which the documents were received by the Clerk of Court. The Court denied the motion at Docket Number 102 by Memorandum and Order of March 21, 2024 at Docket Number 104. Accordingly, the motion at Docket Number 105 is denied for reasons expressed in the Court's Memorandum and Order of March 21, 2024, and the Clerk of Court is respectfully directed to close the gavel for the motion at Docket Number 105.

    SO ORDERED.

Dated: June 27, 2024
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/27/2024